**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

J&B MEDICAL SUPPLY CO., INC.,

Plaintiff,

v.

CENTERS FOR MEDICARE & MEDICAID SERVICES; and NOVITAS SOLUTIONS, INC., as Medicare Administrative Contractor with the Centers for Medicare & Medicaid Services,

Defendants.

Case No. 1:25-cv-03120-CRC

Hon. Christopher R. Cooper

---

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff J&B Medical Supply Co., Inc., hereby voluntarily dismisses *without prejudice* the above captioned action. Neither of the Centers For Medicare & Medicaid Services nor Novitas Solutions, Inc. has filed an Answer or motion for summary judgment in this action.

Respectfully submitted,

Dickinson Wright PLLC

Dated: September 22, 2025

*/s/ Gregory L. Ewing*
Gregory L. Ewing (Bar No. 484684)
International Square
1825 Eye Street N.W., Suite 900
Washington, D.C. 20006
202-457-0160
GEwing@dickinsonwight.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the Clerk of the Court on September 22, 2025, to be served by the operation of the Court's CM/ECF electronic filing system upon all parties.

Dated: September 22, 2025

*<u>/s/ Gregory L. Ewing</u>*

Gregory L. Ewing (Bar No. 484684)
International Square
1825 Eye Street N.W., Suite 900
Washington, D.C. 20006
202-457-0160
GEwing@dickinsonwight.com
*Attorney for Plaintiff*